UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN URIEL MUNOZ GARCIA ,

                Petitioner,

  v.

WILLIAM P. BARR, et al.,

                Respondent.

CASE NO. 2:20-cv-01727-RSM-BAT

**REPORT AND RECOMMENDATION**

On November 19, 2020, the Court received petitioner's proposed petition for writ of habeas corpus. Dkt. 1. Petitioner did not submit either the filing fee or an application to proceed *in forma pauperis*.

On November 25, 2020, the Clerk of Court sent a letter to plaintiff advising him he must either pay the filing fee or file a sufficient application to proceed *in forma pauperis*. Dkt. 2. The Clerk's letter also advised plaintiff that if he did not pay the filing fee or submit an *in forma pauperis* application by December 28, 2020, his case may be dismissed.

A review of the Court's docket indicates petitioner has not responded to the letter the Clerk sent to him in November. Accordingly, because petitioner has not paid the filing fee or applied to proceed *in forma pauperis* the Court does hereby recommend that this action be DISMISSED without prejudice. It is further recommended that if petitioner pays the filing fee or

REPORT AND RECOMMENDATION - 1

files an application to proceed *in forma pauperis* before the assigned District Judge rules on the recommendation, that the matter be re-referred to the undersigned United States Magistrate Judge.

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **JANUARY 12, 2021.** The Clerk should note the matter for **JANUARY 15, 2021**, as ready for the District Judge's consideration. Objections shall not exceed five pages. The failure to timely object may affect the right to appeal.

DATED this 29th day of December, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2